# United States Bankruptcy Court
### Eastern District of Michigan

In re    **James Patrick Rourk**
        **Rebecca Mae Rourk**                                 Case No.
                                Debtor(s)             Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Michigan Catholic Credit Union | **Describe Property Securing Debt:** <br> 2004 Dodge Stratus |
|---|---|

Property will be (check one):
     ☐ Surrendered                           ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                       ☐ Not claimed as exempt

---

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**1784 S. College St.**<br>**Ferndale, MI 48220**<br>**2/09 Sheriff's Sale** |

Property will be (check one):
- ■ Surrendered　　　　　　　　　□ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt　　　　　　　□ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Chrysler Financial** | **Describe Leased Property:**<br>**Vehicle lease - 2008 Dodge Caravan**<br>**$315.82/month**<br>**27 months**<br>**Began: 12/07** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES　　□ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __**August 26, 2009**__   Signature __**/s/ James Patrick Rourk**__
**James Patrick Rourk**
Debtor

Date __**August 26, 2009**__   Signature __**/s/ Rebecca Mae Rourk**__
**Rebecca Mae Rourk**
Joint Debtor